IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KURT STRODE,

    Defendant.

: Case No. 3:07cr62(2)

: JUDGE WALTER H. RICE

---

ORDER LIFTING FEDERAL DETAINER AND PLACING DETAINER BACK
ON DEFENDANT AT CONCLUSION OF STATE MATTER

---

Pursuant to the record made in on the telephone conference of January 17, 2019, the federal detainer in this matter is hereby lifted to allow defendant to address his state charge. Once released to state custody, the Court will place a detainer on defendant in order that he may be held upon the conclusion of his state charges in order to address the charges in this matter.

January 28, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal