IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:07cr62(2) |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| KURT STRODE, | : | |
| Defendant. | : | |

---

ORDER LIFTING FEDERAL DETAINER AND PLACING DETAINER BACK
ON DEFENDANT AT CONCLUSION OF STATE MATTER

---

For good cause shown, the federal detainer in this matter is hereby lifted to allow defendant to address his state charge. Once released to state custody, the Court will place a detainer on defendant in order that he may be held upon the conclusion of his state charges in order to address the charges in this matter.

February 14, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal