# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 3:07CR0062(2) |
| | ) | |
| Kurt E. Strode | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on 5/16/2019 for a period of 3 years and 281 days. Based on the recommendation of the U.S. Probation Officer and for cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 28th day of June

_____
The Honorable Walter H. Rice
United States District Judge